**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Dorothy K. Bell | No.  08-24316 |
| Debtor | Hon.  Jacqueline P. Cox |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on December 31, 2013, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

              _____/s/ Meredith S. Fox_____

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Jason W Bruce and Tom Vaughn on December 31, 2013.

              _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Dorothy K. Bell
POB 8244
Chicago, IL 60680

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Jason W Bruce
1525 East 53rd Street
Ste 424
Chicago, IL 60615
jasonwbruce@yahoo.com